**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**BRENNAN LANDY**, individually and on behalf of all others similarly situated,

*Plaintiff,*

v.

**POWER HOME TECHNOLOGIES, LLC and JASJIT GOTRA,**

*Defendants.*

Case No. 1:23-cv-00241-WES-PAS

**SAVAGE LAW PARTNERS LLP'S MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANTS GOTRA AND POWER HOME TECHNOLOGIES, LLC**

NOW COMES the law firm of Savage Law Partners, LLP, by and through Attorneys Joseph P. Carnevale, Esq. and David C. Tice, Esq. ("Counsel"), and hereby moves to withdraw as counsel for the Defendants Power Home Technologies, LLC and Jasjit Gotra (collectively, the "Clients"), in the above captioned matter. Filed contemporaneously herewith is the Affidavit and Certification of Counsel, as required by the Local Rules of the United States District Court for the District of Rhode Island.

As grounds for this Motion, Counsel states that there has been an irremediable breakdown of communication between Counsel and the Clients, it is no longer possible for this firm to effectively represent the Clients, and Defendant Gotra has requested this withdrawal.

WHEREFORE, counsel respectfully requests that the law firm of Savage Law Partners, LLP, be permitted to withdraw as counsel for Defendants Jasjit Gotra and Power Home Technologies, LLC.

Respectfully Submitted,

SAVAGE LAW PARTNERS, LLP,

By and Through,

*/s/ Joseph P. Carnevale*
Joseph P. Carnevale, Esq. (#9121)
David C. Tice, Esq. (#10769)
Savage Law Partners, LLP
564 South Water Street,
Providence, RI 02903
P: 401-238-8500
F: 401-648-6748
jcarnevale@savagelawpartners.com
dtice@savagelawpartners.com

**CERTIFICATE OF SERVICE**

I hereby certify that on the 17th day of February 2026, the above document was filed and served via the court's electronic filing system and that a copy is available for viewing and/or downloading thereon. Clients' current addresses are listed below and reasonable effort has been made to confirm that notices sent to that address are likely to be received by the client. The above document has further been served via regular and certified mail, postage prepaid, and electronic mail to the following:

Jasjit Gotra
155 Cedar Ave
East Greenwich, RI 02818
js.gotra@gmail.com

Smart Green Solar, LLC
c/o Jasjit Gotra
155 Cedar Ave
East Greenwich, RI 02818

*/s/ Joseph P. Carnevale*